IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    **FILED**    :

                    JAN 1 3 2015    :

     v.                           :     **CRIMINAL NUMBER 11-192**

                    MICHAEL E KUNZ, Clerk :

**JOSE DAVID HERRERA** By_____ Dep Clerk

**USM# 61849-066**                :

<u>O R D E R</u>

AND NOW this     *13*<sup>TH</sup> day of *January*     , 2015, pursuant to 18

U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the

parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 70

months, effective November 1, 2015.

BY THE COURT:

THE HONORABLE JUAN R. SÁNCHEZ
United States District Court Judge